UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAUREEN BURGESS, )
    Plaintiff )
)
v. )   Civil Action No.1:11-CV-10630-NG
)
KREAM AND KREAM AND DOES 1-10, )
    Defendants )

## Stipulation of Dismissal

The Plaintiff, Maureen Burgess, and the Defendant, Richard H. Kream, d/b/a Kream and Kream, hereby agree that the present action shall be dismissed with prejudice and without damages or costs to either party.

Plaintiff,
MAUREEN BURGESS,
by her attorney,

_____
Sergei Lemberg, Esq. (BBO# 650671)
LEMBERG & ASSOCIATES LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905
(203) 653-2250
slemberg@lemberglaw.com

Defendant,
RICHARD H. KREAM
D/B/A KREAM AND KREAM
by its attorney,

_____
R. Mark Seitsinger, Esquire (BBO# 545635)
Kream and Kream
P.O. Box 890117
Weymouth, MA 02189
(781) 331-9333
mseitsinger@kreamandkream.com

Date: 9/26/2011

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 26, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) which sent electronic notification of such filing to the following ECF participants:

Mark R. Seitsinger, Esquire
Kream and Kream
536 Broad Street, Suite 5
P.O. Box 890117
Weymouth, MA 02189

                                                    By  /s/ Sergei Lemberg_____
                                                         Sergei Lemberg, Esq.